**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**CENTRAL DIST. OF CALIFORNIA**

Case number (if known): _____  Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Anton & Chia, LLP** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | __2__ __6__ – __4__ __1__ __7__ __5__ __7__ __2__ __3__ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **101 Hallmark** | **P.O. Box 60606** |
| Number     Street | Number     Street |
| | |
| | P.O. Box |
| **Irvine**        **CA**    **92620** | **Irvine**        **CA**    **90602** |
| City        State   ZIP Code | City        State   ZIP Code |
| **Orange** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number     Street |
| | |
| | City        State   ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☑ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Anton & Chia, LLP**_____    Case number (if known) _____

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.    *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____  When _____  Case number _____
                                                              MM / DD / YYYY
        District _____  When _____  Case number _____
                                                              MM / DD / YYYY
        District _____  When _____  Case number _____
                                                              MM / DD / YYYY

Debtor __Anton & Chia, LLP__                                    Case number (if known) _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.   Debtor __Gregory Anton Wahl__          Relationship __Owner__

List all cases.  If more than 1, attach a separate list.

District __Central District SA__          When __07/06/2018__
                                                      MM / DD / YYYY

Case number, if known __18-12449-TA__

Debtor _____          Relationship _____

District _____          When _____
                                                      MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in** *this district?*

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**          *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**          _____
                                                Number          Street

_____

_____
City                              State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor __Anton & Chia, LLP_____    Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | |
| | | ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 | |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 | |
| | | ☐ 200-999 | | | |

| | | | | | |
|---|---|---|---|---|---|
| **15.** | **Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | |

| | | | | | |
|---|---|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| | | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/10/2018__
MM / DD / YYYY

X _____    **Gregory Anton Wahl**
Signature of authorized representative of debtor    Printed name

Title **Member**_____

**18. Signature of attorney**

X __/s/ Michae R. Totaro_____    Date __07/10/2018__
Signature of attorney for debtor    MM / DD / YYYY

**Michael R. Totaro**_____
Printed name

**Totaro & Shanahan**_____
Firm name

**P.O. Box 789**_____
Number    Street

_____

**Pacific Palisades**_____    **CA**    **90272**_____
City    State    ZIP Code

**(800) 541-8202**_____    **Ocbkatty@aol.com**_____
Contact phone    Email address

**102229**_____    **CA**_____
Bar number    State

B 201 - Notice of Available Chapters (Rev. 06/14)                                          USBC, Central District of California

Name:     Totaro & Shanahan

Address:  P.O. Box 789
          Pacific Palisades, CA 90272



Telephone: (800) 541-8202                    Fax:    (319) 496-1260

☑  Attorney for Debtor
☐  Debtor in Pro Per

---

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names, including trade names, used by Debtor(s) within last 8 years: | Case No.: |
|---|---|
| Anton & Chia, LLP | **NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1. **Services Available from Credit Counseling Agencies**

    **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file forbankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

    **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

B 201 - Notice of Available Chapters (Rev. 06/14)                                    USBC, Central District of California

2.    **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)**

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss
2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts ininstallments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollaramounts set forth in the Bankruptcy Code.
2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3.  **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 06/14)                    USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____
Printed name and title, if any, of Bankruptcy Petition Preparer

_____

X _____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

Social Security number (If the bankruptcy petition
Address: preparer is not an individual, state the
Social Security number of the officer, principal,
responsible person, or partner of the bankruptcy
petition preparer.) (Required by 11 U.S.C. § 110.)

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Anton & Chia, LLP
_____        _____  July 10, 2018
Printed Name(s) of Debtor(s)             Signature of Debtor                 Date

Case No. (if known) _____        _____  July 10, 2018
                                                 Signature of Joint Debtor (if any)   Date

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.   A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceedings(s).)

   Ch 11, Gregory Anton Wahl 8:18-bk-12449-TA, Pending

2.   (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None

3.   (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows. (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceedings(s).)

   None

4.   (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceedings(s).)

   None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Irvine_____ , California     _____
                                                      Debtor

Dated     July 10, 2018_____               _____
                                                      Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos, State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael R. Totaro<br>P.O. Box 789<br>Pacific Palisades, CA 90272<br><br>(800) 541-8202<br>(319) 496-1260<br>102229<br>Ocbkatty@aol.com<br>☐  *Attorney for :*  Anton & Chia, LLP | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>Anton & Chia, LLP<br><br>                                                Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:        11 |
|---|---|
| <br><br>                                                Plaintiff(s). | **CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO FRBP 1007(a) (1)<br>and 7007.1, and LBR 1007-4** |
| <br><br>                                                Defendant(s). | [No Hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    Michael R. Totaro                          , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

        ☐ I am the president or other officer or an authorized agent of the Debtor corporation
        ☐ I am a party to an adversary proceeding
        ☐ I am a party to a contested matter
        ☒ I am the attorney for the Debtor corporation

2. a.        ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____

_____

[For additional names, attach an addendum to this form.]

b.        ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Date:   July 10, 2018                    By:  ____/s/ Michael R. Totaro _____
                                               Signature of Debtor, or attorney for Debtor


                                         Name:  Anton & Chia, LLP
                                               Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                         Page 2              F 1007-4.CORP.OWNERSHIP.STMT

United States Bankruptcy Court

Eastern District of California

In Re:

    .

Case No:_____
Chapter: 11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, Gregory Anton Wahl , declare under penalty of perjury that I am the Managing Partner of Anton & Chia, LLP and that on June 26 2018 the following resolution was duly adopted by the Board of this Corporation:

    "Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be it Therefore Resolved, that Gregory Anton Wahl,  Managing Partner of Anton & Chia, LLP is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

    Be it Further Resolved, that Gregory Anton Wahl,  Managing Partner of Anton & Chia, LLP is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

    Be it Further Resolved that Gregory Anton Wahl,  Managing Partner of Anton & Chia, is authorized and directed to employ Michael R. Totaro and the law firm of Totaro & Shanahan to represent the Corporation in such bankruptcy case."

Executed on:  7/09/2018             Signed: _____

                                      Gregory Anton Wahl
                                      Managing Partner

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Anton & Chia, LLP** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Georgia and Greg Wahl Wahl Family Trust 101 hallmark, Irvine Irvine, CA 92620 | | Loans | Disputed | | | $4,075,000.00 |
| 2 | Nicholas A. Pulecio 102 Verillion Irvine, CA 92603 | | Breach of Contract | Disputed | | | $2,000,000.00 |
| 3 | SEC Attn. Bankruptcy Dept 5670 Wilshire Blvd. 11th Fl Los Angeles, CA 90036 | | Reporting | Disputed | | | $1,000,000.00 |
| 4 | East West Bank 14945 Jeffrey Rd. #150 Irvine,  92618 | | Secured Loans | Disputed | $977,820.00 | $0.00 | $977,820.00 |
| 5 | East West Bank 14945 Jeffrey Rd. #150 Irvine,  92618 | | Secured Loans | Disputed | $802,108.00 | $0.00 | $802,108.00 |

Debtor    **Anton & Chia, LLP**                                    Case number (if known) _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  SKHart Bayview, LLC c/o Felman Daggenhurst & El Dabe 13743 Ventura Blvd. # 350 Sherman Oaks, CA | | Breach of Lease | Disputed | | | $603,620.00 |
| 7  Raymond J. Zale & Associates, Inc c/o Dismuke & Waters 2000 E. Lamar Blvd. # 500 Arlington, TX 76006 | | Collecting for - Raymond J Zale | Disputed | | | $564,500.00 |
| 8  Internal Revenue Service Central Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101 | | Payroll Taxes | Disputed | | | $416,500.00 |
| 9  W. Michael Corson & Co c/o Keehn Law Gourp, APC 501 W. Broadway #1025 San Diego, CA 92101 | | Collecting for - W. Michael Corson | Disputed | | | $256,547.00 |
| 10  Dell Financial Services One Dell Way Round Rock, TX 78682 | | Equipment | Disputed | | | $237,000.00 |
| 11  Swift Financial Corporation dba Swift Capital c/o Law Office of Daren M. Schlecter APC 1925 Century Park East # | | Business Loan | Disputed | $234,000.00 | $0.00 | $234,000.00 |
| 12  Matthew and Carly Wahl Children's Trust 101 hallmark, Irvine Irvine, CA 92620 | | Loans | Disputed | | | $200,000.00 |
| 13  Californa Dept of Tax and Fee Admi P.O. Box 942879 Sacramento, CA94279 | | Employment Tax | Disputed | | | $178,500.00 |

Debtor    __Anton & Chia, LLP_____    Case number (if known) _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Westlake Park Place, Inc. P.O. Box 6149 Hicksville, NY 11802 | | Lease | Disputed | | | $120,160.27 |
| 15 Faegre, Baker & Daniels 1700 Lincoln St. Denver, CO 80203 | | Services | Disputed | | | $93,440.67 |
| 16 Gartenberg, Gelfand, Hayton, LLP 15260 Ventura Blvd. # 1920 Sherman Oaks, CA 91403 | | Legal Fees | Disputed | | | $81,521.57 |
| 17 Stout Risius Ross, LLC 1550 Wewatta Street 2nd Fl Denver, CO 80202 | | Expert Fees | Disputed | | | $78,912.00 |
| 18 Kevin Su 220-1075 West Georgia St. Vancouver, BC Canada, V6E3C9 | | Fees | Disputed | | | $75,000.00 |
| 19 TCF Equipment 15450 S. Outer Forty Dr. #220 Chesterfiled, MO 63017 | | Breach of Contract | Disputed | | | $53,720.57 |
| 20 CSP Networks 18 Technology Dr. #118 Irvine, CA 92618 | | Sevices | Disputed | | | $45,910.00 |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

IN RE:                                                                CHAPTER   11
**Anton & Chia, LLP**


DEBTOR(S)                                                       CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **Member** _____ of the _____ **Partnership** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **7/10/2018**                        Signature: _____

**Gregory Anton Wahl**
**Member**

**Fill in this information to identify the case:**

Debtor Name __Anton & Chia, LLP__

United States Bankruptcy Court for the: __CENTRAL DIST. OF CALIFORNIA__

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.................................................................................... | $0.00

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.................................................................................. | $2,834,618.27

   1c. **Total of all property**
   Copy line 92 from Schedule A/B..................................................................................... | $2,834,618.27

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... | $2,050,928.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................... | $597,237.64

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.......................... | + $11,305,185.49

4. **Total liabilities**
   Lines 2 + 3a + 3b....................................................................................... | $13,953,351.13

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Anton & Chia, LLP** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.  **Cash on hand**                                                         _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.  **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$0.00**

### Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Debtor ___**Anton & Chia, LLP**_____   Case number (if known) _____
　　　　　Name

| | | Current value of debtor's interest |
|---|---|---|
| **7.** | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| 7.1. | **Regus Mgmt Group, LLC**<br>**5000 Birch St. #3000**<br>**Newport Beach, CA 92660** | **$4,800.00** |
| 7.2. | **Regus Mgmt Group, LLC**<br>**2745 Townsgate Rd. #200**<br>**Westlake Village, CA 91361** | **$7,832.41** |
| **8.** | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| **9.** | **Total of Part 2.**<br>Add lines 7 through 8.  Copy the total to line 81. | **$12,632.41** |

## Part 3:　Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes.  Fill in the information below.

Current value of
debtor's interest

**11.  Accounts receivable**

11a.  90 days old or less: ____**$600,999.26**____  –  ____**$0.00**____  =  ..............➔  **$600,999.26**
　　　　　　　　　　　　face amount　　　　　　　doubtful or uncollectible accounts

11b.  Over 90 days old: ____**$0.00**____  –  ____**$0.00**____  =  ..............➔  **$0.00**
　　　　　　　　　　　　face amount　　　　　　　doubtful or uncollectible accounts

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.　　　**$600,999.26**

## Part 4:　Investments

**13.  Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.  Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| **15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:　　　　　　　　　% of ownership: | | |
| **16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| **17.  Total of Part 4**<br>Add lines 14 through 16.  Copy the total to line 83. | | **$0.00** |

Debtor    __Anton & Chia, LLP_____    Case number (if known) _____
          Name

---

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No.  Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM/DD/YYYY | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**
    Add lines 19 through 22.  Copy the total to line 84.

    $0.00

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No.  Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops--either planted or harvested** | | | |
| 29. **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**
    Add lines 28 through 32.  Copy the total to line 85.

    $0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

---

Debtor    **Anton & Chia, LLP** _____    Case number (if known) _____
       Name

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

- ☒ No
- ☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

- ☒ No
- ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers Cabinents desks | **$4,000.00** | Experience | **$100.00** |
| **42. Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$100.00** |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

- ☒ No
- ☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

- ☒ No
- ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☒ No.  Go to Part 9.
- ☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51. Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$0.00** |

Debtor    __Anton & Chia, LLP_____    Case number (if known) _____
           Name

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| | |
|---|---|
| | $0.00 |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **Customer List 1.5M based on one time payments** | $1,500,000.00 | Experience | $1,500,000.00 |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

| | |
|---|---|
| | $1,500,000.00 |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No
☐ Yes

| Debtor | Anton & Chia, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☑ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?

☑ No
☐ Yes

## Part 11:  All other assets

**70.** Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

Current value of
debtor's interest

**71.** Notes receivable

Description (include name of obligor)

**72.** Tax refunds and unused net operating losses (NOLs)

Description (for example, federal, state, local)

**73.** Interests in insurance policies or annuities

**74.** Causes of action against third parties (whether or not a lawsuit has been filed)

**Brian Rusywick - Botfly / Treadstone**
**2526 Ballesteros Lane**
**P.O. Box 14244**
**Irvine, CA 92623**

**David P Mclaughlin**
**McLauphlin & Associates, LLC**
**3806 Serenade Ln #225**
**Lakeland, FL 33811**

**Pavlo Zaderej**
**Prime Grouo Holdings, LLC**
**85 Railroad Place**
**Saratoga Springs, NY 12866**

| **Robert Arkelian** | **$1,500,000.00** |
|---|---|
| Nature of claim | **Breach of Contract, Fraud** |
| Amount requested | **$1,500,000.00** |

Debtor    **Anton & Chia, LLP** _____    Case number (if known) _____
          Name

**Brian Rusywick - Botfly / Titan Capital**
**2526 Ballesteros Lane**
**P.O. Box 14244**
**Irvine, CA 92623**

**David P Mclaughlin**
**David Diaz**
**McLauphlin & Associates, LLC**
**3806 Serenade Ln #225**
**Lakeland, FL 33811**

**Pavlo Zaderej**
**Prime Grouo Holdings, LLC**
**85 Railroad Place**
**Saratoga Springs, NY 12866**

| **Robert Arkelian** | **$555,000.00** |
|---|---|
| Nature of claim     **Breach of Contract Fraud** | |
| Amount requested    **$555,000.00** | |

**Kevin Su**
**Helen Lu**
**ZH CPA LLP**
**220-1075 West Georgia St.**
**Vancouver, BC**

| **V6E3C9, Canada** | **$2,500,000.00** |
|---|---|
| Nature of claim     **Breach of Contract Fraud** | |
| Amount requested    **$2,500,000.00** | |

**Brian Rusywick**
**2526 Ballesteros Lane**
**P.O. Box 14244**
**Irvine, CA 92623**

**Rahul Gandhi**
**50 Palatine Street, #422**
**Irvine, CA 92612**

**BF Borger CPAs**
**5400 W. Cedar Ave.**

| **Lakewood, CO 80226** | **$300,000.00** |
|---|---|
| Nature of claim     **Breach of Contract Fraud** | |
| Amount requested    **$300,000.00** | |

**Gustavo Fridman**
**Martini Iosue & Akpovi CPA**
**16830 Ventura Blvd. #501**

| **Encino, California 91436** | **$550,000.00** |
|---|---|
| Nature of claim     **Breach of Contract Fraud** | |
| Amount requested    **$550,000.00** | |

Debtor **Anton & Chia, LLP** _____    Case number (if known) _____
      Name

**Thomas Tignino**
**Ellyn Wallen**
**860 Hampshire Rd**
**Westlake Village, CA 91361**                                                                    $500,000.00

| Nature of claim | Breach of Contract Fraud |
| --- | --- |
| Amount requested | $500,000.00 |

**Ben Chung**
**1100 N. Tustin Ave. 2nd Fl**
**Anaheim, CA 92807**

**Robert Han**
**10640 Costello Drive**
**Tustin, CA 92782**

**Juane Jaime**
**1817 Alcove Way**
**Anaheim, CA 92805**

**Carlos Reynoso**
**3 Rollizo Street**
**Rancho Mission Viejo CA 92694**

**Benjamin & Young, LLP**
**1100 N. Tustin Ave., 2nd Floor**
**Anaheim, CA 92807**                                                                    $764,000.00

| Nature of claim | Breach of Contract Fraud |
| --- | --- |
| Amount requested | $764,000.00 |

**Tommy Shek (Lap Kei Shek)**
**1901 E. Amar Road, #123**
**West Covina, CA 91792**                                                                    $220,000.00

| Nature of claim | Breach of Contract Fraud |
| --- | --- |
| Amount requested | $220,000.00 |

**Kamille Pascuille**
**7431 Edinger Ave., #309**
**Huntington Beach, CA 92647**                                                                    $50,000.00

| Nature of claim | Breach of Contract Fraud |
| --- | --- |
| Amount requested | $50,000.00 |

**James River Holding Corporation**
**1220047710 Jams**
**c/o Mary M. Clapp**
**2518 S. Campbell Ave.**
**Springfield, MO 65807**

**Company**
**1414 Raleigh Road #405**
**Chapel Hill, NC 27517**                                                                    $127,412.94

| Nature of claim | Breach of Contract |
| --- | --- |
| Amount requested | $127,412.94 |

Debtor    **Anton & Chia, LLP**
　　　　　Name                                                Case number (if known) _____

**Powerdyne, Inc**
**100 Jefferson Blvd. # 200**
**Warwick, RI 02888**                                                                    $5,250.00

| Nature of claim | Over 90 days old |
| Amount requested | **$5,250.00** |

**Intelligent Highway Solutions**
**Attn. Devon Jones**
**2376 Gold River Rd, #100**
**Rancho Cordova, CA 95670**                                                          $58,604.00

| Nature of claim | Over 90 days old |
| Amount requested | **$58,604.00** |

**Chess Supersite Corp.**
**Attn. Rubin Schinderman**
**1131A Leslie St. #201**
**Toronto, Canada A6 M3C 3L8**                                                       $6,385.00

| Nature of claim | Over 90 days old |
| Amount requested | **$6,385.00** |

**Aisa Pacific Boiler**
**Attn. John Gong**
**Tower 2, Unit 10 & 11, Lippo Center**
**89, Queensway, Admirality Hong Kong**                                            $28,070.00

| Nature of claim | Over 90 days old |
| Amount requested | **$28,070.00** |

**Klean Treatment / White Rabbit**
**Attn. Darryl Oliver**
**9000 Sunset Blvd, #1560**
**West Hollywood, CA 90069**                                                         $20,000.00

| Nature of claim | Over 90 days old |
| Amount requested | **$20,000.00** |

**Natural Resources Corp / M-Power Group**
**Attn. Perry Holzgraf Elculier**
**76 Playfair Road, #03-06**
**Singapore, 367996**                                                                $67,936.76

| Nature of claim | Over 90 days old |
| Amount requested | **$67,936.76** |

**Avstar Aviation Services, Inc**
**3707 Westcenter Drive, #200**
**Houston, TX  77942**                                                               $4,500.00

| Nature of claim | Over 90 days old |
| Amount requested | **$4,500.00** |

**Consumer Direct Inc.**
**Attn. David Coulter**
**3187 Red Hill Ave. #100,**
**Costa Mesa, CA  92626**                                                            $5,527.50

| Nature of claim | Over 90 days old |
| Amount requested | **$5,527.00** |

Debtor    **Anton & Chia, LLP**                                         Case number (if known) _____
      Name

**Precious Metals Exploration Corporation**
**Attn. Robert Russell**
**311 W. 3rd Street**
**Carson City,  NV  89703**                                                                        $8,024.00

| Nature of claim | Over 90 days old |
| --- | --- |
| Amount requested | $8,024.00 |

**Adama Technologies**
**1000 N. Green Valley Pkwy, #440-480**
**Henderson,  NV  89074**                                                                          $2,625.00

| Nature of claim | Over 90 days old |
| --- | --- |
| Amount requested | $2,625.00 |

**AFH Aquisition**
**Attn. Amir Heshmatpour**
**269 S. Beverly Dr.**
**Beverly Hills, CA  90212**                                                                       $2,500.00

| Nature of claim | Over 90 days old |
| --- | --- |
| Amount requested | $2,500.00 |

**Vintage Affiliated Holdings**
**Attn. Tony Isaac**
**325 E. Warn Springs Road**
**Las Vegas, NV  89119**                                                                           $3,500.00

| Nature of claim | Over 90 days old |
| --- | --- |
| Amount requested | $3,500.00 |

**Peak Aviation, LLC**
**6960 The Preserve Way**
**San Diego, CA  92130**                                                                           $2,430.00

| Nature of claim | Over 90 days old |
| --- | --- |
| Amount requested | $2,430.00 |

**China Longyi Group International Holdings LTD**
**54 Pine St. 4th Fl**
**New York, NY 10005**                                                                             $30,000.00

| Nature of claim | Breach of Contract |
| --- | --- |
| Amount requested | $30,000.00 |

**Consumer Direct Tax**
**Attn. David Coulter**
**3187 Red Hill Ave. #100,**
**Costa Mesa, CA  92626**                                                                          $2,375.00

| Nature of claim | Breach of Contract |
| --- | --- |
| Amount requested | $2,375.00 |

**Patwan, Inc. dba French Grille**
**Attn. Patrick Halcewicz**
**2567 Greyling Drive**
**San Diego, CA 92123**                                                                            $2,810.00

| Nature of claim | Breach of Contract |
| --- | --- |
| Amount requested | $2,810.00 |

Debtor   **Anton & Chia, LLP**                                      Case number (if known)
         Name

**Shengmin Equity Investment, LLP**
**Address Unknown**                                                              **$19,938.23**

| Nature of claim | Over 90 days old |
| Amount requested | |

**Sichuan Sunrise Technology, LTD**
**c/o ms. Xin chen**
**#3, floor 4, Block 2**
**No. 66 Tianfu 4th Street**
**Chengdu, Sichuan Province**                                                    **$123,140.11**

| Nature of claim | Over 90 days old |
| Amount requested | |

**Shuhai Information Technology Co, LTD**
**1 Xinghuo Rd., Changning Building**
**Fengtai District, Beijing**
**P.R. China**                                                                   **$4,850.00**

| Nature of claim | Over 90 days old |
| Amount requested | $4,850.00 |

**StemGen, Inc.**
**800 Town & Country Blvd.#300**
**Houston, TX 77024**                                                            **$24,648.50**

| Nature of claim | Over 90 days old |
| Amount requested | $24,648.50 |

**The Hit Chanel, Inc.**
**566 W. Adams St. #250**
**Chicago, IL 60661**                                                            **$8,400.00**

| Nature of claim | Over 90 days old |
| Amount requested | $8,400.00 |

**U BID Holdings, Inc.**
**566 W. Adams St. #250**
**Chicago, IL 60661**                                                            **$67,922.50**

| Nature of claim | Breach of Contract |
| Amount requested | $67,922.50 |

**Wellspring Industry, Inc.**
**2100 E. Valencia Dr. #B-1**
**Fullerton, CA 92831**                                                          **$45,000.00**

| Nature of claim | Over 90 days old |
| Amount requested | $45,000.00 |

**Wuxi Jincheng Curtain Wall Eng. Co**
**229 Changjiang East Road**
**Shuofang New Area**
**Wuxi, 214024**
**China**                                                                        **$130,000.00**

| Nature of claim | Breach of Contract |
| Amount requested | $130,000.00 |

Debtor   **Anton & Chia, LLP**_____   Case number (if known) _____
        Name

**NextGlass Technology, Inc.**
**215 Apolena Ave.**
**Newport Beach, CA 92660**                                                     $9,975.00

| Nature of claim | **Breach of Contract** |
| --- | --- |
| Amount requested | **$9,975.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                  $7,750,824.54

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,632.41 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $600,999.26 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,500,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $7,750,824.54 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $9,864,556.21 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92..................................   $9,864,556.21

**Fill in this information to identify the case:**

Debtor name  __**Anton & Chia, LLP**__

United States Bankruptcy Court for the: __**CENTRAL DIST. OF CALIFORNIA**__

Case number
(if known)  _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>**East West Bank** | **Describe debtor's property that is subject to a lien**<br>**Real Property & UCC 1** | $977,820.00 | $0.00 |
| **Creditor's mailing address**<br>**14945 Jeffrey Rd. #150**<br>**Irvine,  92618** | **Describe the lien**<br>**Secured Loans / Agreement** | | |
| | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**  __2015__<br>**Last 4 digits of account number**   __0   2   7   4__ | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes.  Specify each creditor, including this creditor, and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                  $2,050,928.00

Debtor    **Anton & Chia, LLP**    Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | | | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

**2.2**

**Creditor's name**
**East West Bank**

**Creditor's mailing address**
**14945 Jeffrey Rd. #150**

**Irvine,  92618**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    **2015**

**Last 4 digits of account**
**number**        **0   2   7   5**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Real Property UCC Filing 1**

**Describe the lien**
**Secured Loans / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$802,108.00**      Column B: **$0.00**

---

**2.3**

**Creditor's name**
**Swift Financial Corporation**

**Creditor's mailing address**
**dba Swift Capital**

**c/o Law Office of Daren M. Schlecter AP**

**1925 Century Park East #830**

**Los Angeles        CA    90067**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **20017**

**Last 4 digits of account**
**number**        **7   9   0   3**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**UCC Filing 2**

**Describe the lien**
**Business Loan / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$234,000.00**      Column B: **$0.00**

---

Debtor  **Anton & Chia, LLP**                                    Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.4**

**Creditor's name**
**Yellowstone Capital West**

**Creditor's mailing address**
**1 Evertrust Plaza 14th Fl**

_____

_____

**Jersey City          NJ    07302**

**Creditor's email address, if known**

_____

**Date debt was incurred**      **2016**

**Last 4 digits of account number**          **n    t    o    n**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**UCC Filing  3**

**Describe the lien**
**Loan / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$37,000.00          $0.00

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Anton & Chia, LLP** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Califorina Dept of Tax and Fee Admi**

**P.O. Box 942879**

**Sacramento, CA94279**

Total claim **$178,500.00**  Priority amount **$178,500.00**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Employment Tax**

**Date or dates debt was incurred**
**2017**

Is the claim subject to offset?
☑ No
☐ Yes

**Last 4 digits of account number** _n_ _t_ _o_ _n_

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

**2.2** Priority creditor's name and mailing address

**Internal Revenue Service**

**Central Insolvency Operations**

**P.O. Box 7346**

**Philadelphia          PA      19101**

Total claim **$416,500.00**  Priority amount **$416,500.00**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Payroll Taxes**

**Date or dates debt was incurred**
**2016**

Is the claim subject to offset?
☑ No
☐ Yes

**Last 4 digits of account number** _n_ _t_ _o_ _n_

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

Debtor    **Anton & Chia, LLP**                                    Case number (if known) _____

---

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.3**  Priority creditor's name and mailing address

**State of California Franchise Tax Bd**

**Bankruptcy Dept.**

**P.O. Box 2952**

**Sacramento                CA        95812**

As of the petition filing date, the
claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Total claim **$51.76**    Priority amount **$51.76**

**Date or dates debt was incurred**

**2018**

Basis for the claim:

**Taxes**

**Last 4 digits of account
number      n    t    o    n**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:**  11 U.S.C. § 507(a)(   **8**   )

---

**2.4**  Priority creditor's name and mailing address

**Ventura County Tax Collector**

**800 S. Victoria Ave.**

**Ventura                CA        93009**

As of the petition filing date, the
claim is: *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Total claim **$2,185.88**    Priority amount **$0.00**

**Date or dates debt was incurred**

**2017**

Basis for the claim:

**Tax**

**Last 4 digits of account
number      n    t    o    n**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:**  11 U.S.C. § 507(a)(   **8**   )

---

Debtor    __Anton & Chia, LLP__    Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,200.00**

__ABM Parking Bayview__

__501 Bayview Circle #9__

☐ Contingent
☐ Unliquidated
☒ Disputed

__Newport Beach__          __CA__     __92660__

**Basis for the claim:**  __Parking__

Date or dates debt was incurred    __2018__

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    __n__  __t__  __o__  __n__

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,280.00**

__Accounting Principles__

__Dept. CH 47164__

☐ Contingent
☐ Unliquidated
☒ Disputed

__Palatine__          __IL__     __60055__

**Basis for the claim:**  __Services__

Date or dates debt was incurred    __2017__

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    __n__  __t__  __o__  __n__

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00**

__ADR Services, Inc.__

__1900 Avenue of the Stars #200__

☐ Contingent
☐ Unliquidated
☒ Disputed

__Los Angeles__          __CA__     __90067__

**Basis for the claim:**  __Arbitration Fees__

Date or dates debt was incurred    __2017__

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    __2__  __0__  __6__  __4__

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$780.00**

__AICPA__

__1455 Pennsylvania Ave. NW__

☐ Contingent
☐ Unliquidated
☒ Disputed

__Washington__          __DC__     __20004__

**Basis for the claim:**  __Services__

Date or dates debt was incurred    __2018__

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    __n__  __t__  __o__  __n__

Debtor    **Anton & Chia, LLP**                                              Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        **Amount of claim**

---

**3.5** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**                          $27,199.48
*Check all that apply.*

**ARG, Inc.**
☐ Contingent
**c/o Steven A. Booska**                 ☐ Unliquidated
**P.O. Box 2169**                        ☒ Disputed

**Basis for the claim:**
**Oakland**              **CA**   **94621**        **Breach of Contract**

Date or dates debt was incurred      **2017**        **Is the claim subject to offset?**
                                                     ☒ No
Last 4 digits of account number    **2  4  7  6**    ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**                          $5,696.40
*Check all that apply.*

**Ariyanto Salim**                       ☐ Contingent
**122 Pepper Rd.**                       ☐ Unliquidated
                                         ☒ Disputed

**Basis for the claim:**
**Newbury Park**         **CA**   **91320**         **Consulting Fees**

Date or dates debt was incurred      **2017**        **Is the claim subject to offset?**
                                                     ☒ No
Last 4 digits of account number    **C  h  i  a**    ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**                          $44,153.18
*Check all that apply.*

**BB&T Commercial Equipment**            ☐ Contingent
**c/o Barbara Lanza Farley APC**         ☐ Unliquidated
**P.O. Box 53659**                       ☒ Disputed

**Basis for the claim:**
**Philadelphia**         **PA**   **19105**         **Lease Termination**

Date or dates debt was incurred      **2016**        **Is the claim subject to offset?**
                                                     ☒ No
Last 4 digits of account number    **0  8  8  8**    ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**                          $14,000.00
*Check all that apply.*

**Benjamin & Young**                     ☐ Contingent
**1100 N. Tustin Ave. Fl 2**             ☐ Unliquidated
                                         ☒ Disputed

**Basis for the claim:**
**Anaheim**              **CA**   **92807**         **Services**

Date or dates debt was incurred      **2017**        **Is the claim subject to offset?**
                                                     ☒ No
Last 4 digits of account number    **n  t  o  n**    ☐ Yes

---

Debtor   **Anton & Chia, LLP**                                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address |

**Blue Sheild of California**

**Attn. Nora Galicia**

**4203 Town Center Dr.**

**El Dorado Hills**          CA     95762

Date or dates debt was incurred     **2018**

Last 4 digits of account number     n  t  o  n

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,360.82**

---

| 3.10 | Nonpriority creditor's name and mailing address |

**Boyer Moving and Storage**

**12556 Kirkham Ct. #6**

**Poway**          CA     92064

Date or dates debt was incurred     **2017**

Last 4 digits of account number     n  t  o  n

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,795.00**

---

| 3.11 | Nonpriority creditor's name and mailing address |

**Cannon Financial Services, Inc**

**158 Gaither Dr. #200**

**Mount Laurel**          NJ     08054

Date or dates debt was incurred     **2018**

Last 4 digits of account number     6  0  0  2

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Lease Termination**

Is the claim subject to offset?
☑ No
☐ Yes

**$32,524.69**

---

| 3.12 | Nonpriority creditor's name and mailing address |

**Chen Li**

**c/o Kalab A. Honeu**

**2600 East Coast Highway**

**Corona del Mar**          CA     92625

Date or dates debt was incurred     **2917**

Last 4 digits of account number     0  7  7  9

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Collecting for - Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

**$31,000.00**

---

Debtor   **Anton & Chia, LLP**  _____   Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13**   Nonpriority creditor's name and mailing address

**Computer Repair Solutions**

**17901 Von Karmen Ave. #600**

**Irvine**                          **CA      92614**

Date or dates debt was incurred     **2018**

Last 4 digits of account number      **n   t   o   n**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Repair**

Is the claim subject to offset?
☑ No
☐ Yes

**$150.85**

---

**3.14**   Nonpriority creditor's name and mailing address

**Concur Technologies, Inc.**

**c/o Wagner, Falconer & Judd, LTD**

**100 S. Fifth St. #800**

**Minneapolis**                     **MN      55402**

Date or dates debt was incurred     **2018**

Last 4 digits of account number      **n   t   o   n**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Service**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,394.36**

---

**3.15**   Nonpriority creditor's name and mailing address

**Cordata Record Services**

**P.O. Box 842638**

**Los Angeles**                     **CA      90084**

Date or dates debt was incurred     **2018**

Last 4 digits of account number      **n   t   o   n**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$337.00**

---

**3.16**   Nonpriority creditor's name and mailing address

**Cornerstone Research, Inc.**

**2 Embarcadero Ctr. 20th Fl**

**San Francisco**                   **CA      94111**

Date or dates debt was incurred     **2018**

Last 4 digits of account number      **n   t   o   n**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,333.00**

---

Debtor    **Anton & Chia, LLP** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.17 | **Nonpriority creditor's name and mailing address** |

**County of Orange Tax Collector**

**P.O. Box 1438**

**Santa Ana**          **CA    92702**

Date or dates debt was incurred    **2017**

Last 4 digits of account number    **5    4    6    8**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,281.89**

---

| 3.18 | **Nonpriority creditor's name and mailing address** |

**CSP Networks**

**18 Technology Dr. #118**

**Irvine**          **CA    92618**

Date or dates debt was incurred    **2017**

Last 4 digits of account number    **n    t    o    n**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Sevices**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$45,910.00**

---

| 3.19 | **Nonpriority creditor's name and mailing address** |

**Dell Financial Services**

**One Dell Way**

**Round Rock**          **TX    78682**

Date or dates debt was incurred    **2017**

Last 4 digits of account number    **5    5    3    9**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Equipment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$237,000.00**

---

| 3.20 | **Nonpriority creditor's name and mailing address** |

**Doc u Products**

**4535 McGrath St. #A**

**Ventura**          **CA    93003**

Date or dates debt was incurred    **2017**

Last 4 digits of account number    **n    t    o    n**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Service**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,108.93**

---

Debtor   **Anton & Chia, LLP** _____    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21**   Nonpriority creditor's name and mailing address

**Faegre, Baker & Daniels**

**1700 Lincoln St.**

| **Denver** | **CO** | **80203** |
|---|---|---|

Date or dates debt was incurred   **2017**

Last 4 digits of account number   **n**   **t**   **o**   **n**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$93,440.67

---

**3.22**   Nonpriority creditor's name and mailing address

**Faegre, Baker, Daniels, LLP**

**3200 Wells Fargo Center**

**1700 Lincoln St.**

| **Denver** | **CO** | **80203** |
|---|---|---|

Date or dates debt was incurred   **2018**

Last 4 digits of account number   **n**   **t**   **o**   **n**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Legal Fees**

Is the claim subject to offset?
☑ No
☐ Yes

$23,421.00

---

**3.23**   Nonpriority creditor's name and mailing address

**Federal Express Corp**

**P.O. Box 7221**

| **Pasadena** | **CA** | **91109** |
|---|---|---|

Date or dates debt was incurred   **2018**

Last 4 digits of account number   **n**   **t**   **o**   **n**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Delivery**

Is the claim subject to offset?
☑ No
☐ Yes

$772.20

---

**3.24**   Nonpriority creditor's name and mailing address

**Fisher Phillips**

**2050 Main St. #1000**

| **Irvine** | **CA** | **92614** |
|---|---|---|

Date or dates debt was incurred   **2017**

Last 4 digits of account number   **n**   **t**   **o**   **n**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Service**

Is the claim subject to offset?
☑ No
☐ Yes

$12,252.70

---

Debtor    **Anton & Chia, LLP**                                    Case number (if known) _____

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$450.00** |

**Foundation Appraisal Mgmt**

**9300 Flair Dr. 6th Fl**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| **El Monte** | **CA** | **91731** |

Basis for the claim:
**Service**

Date or dates debt was incurred    **2017**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **n  t  o  n**

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,150.00** |

**Fragomen, Del Rey, Bersen & Loewy**

**75 Remittance Dr. $6072**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| **Chicago** | **IL** | **60675** |

Basis for the claim:
**Service**

Date or dates debt was incurred    **2017**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **n  t  o  n**

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$581.36** |

**Frontier Communication**

**P.O. Box 740407**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| **Cincinati** | **OH** | **45274** |

Basis for the claim:
**Utility**

Date or dates debt was incurred    **2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **n  t  o  n**

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20,659.81** |

**Gantman & Assoc.**

**6520 Platt Ave. #836**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| **West Hills** | **CA** | **91307** |

Basis for the claim:
**Services**

Date or dates debt was incurred    **2017**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **n  t  o  n**

---

Debtor    **Anton & Chia, LLP** _____    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.29** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Gartenberg, Gelfand, Hayton, LLP**

**15260 Ventura Blvd. #1920**

_____

| **Sherman Oaks** | **CA** | **91403** |
|---|---|---|

Date or dates debt was incurred    **2012-2018**

Last 4 digits of account number    **8  1  0  5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:**
**Legal Fees**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$81,521.57

---

| **3.30** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Georgia and Greg Wahl**

**Wahl Family Trust**

**101 hallmark, Irvine**

| **Irvine** | **CA** | **92620** |
|---|---|---|

Date or dates debt was incurred    **2009-2017**

Last 4 digits of account number    **n  t  o  n**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:**
**Loans**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$4,075,000.00

---

| **3.31** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Green Maple Law Group, APC**

**795 Jeffrey Rd. #201**

_____

| **Irvine** | **CA** | **92618** |
|---|---|---|

Date or dates debt was incurred    **2018**

Last 4 digits of account number    **n  t  o  n**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:**
**Services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$1,800.00

---

| **3.32** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Greenberg Glusker**

**1900 Avenue of the Stars #2100**

_____

| **Los Angeles** | **CA** | **90067** |
|---|---|---|

Date or dates debt was incurred    **2017**

Last 4 digits of account number    **n  t  o  n**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:**
**Legal Fees**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$26,612.50

---

Debtor    **Anton & Chia, LLP**                                                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

| **3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,711.33** |
|---|---|---|---|

Check all that apply.

**Greenberg Grant & Richards**

**5858 Westheimer #500**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Huston** _____ **TX** _____ **77057**          **Legal Fees**

**Date or dates debt was incurred**    **2017**

**Is the claim subject to offset?**

**Last 4 digits of account number**    n  t  o  n
☑ No
☐ Yes

---

| **3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$16,616.31** |
|---|---|---|---|

Check all that apply.

**Helen Lu Professionals**

**5811 Cooney Rd. #305**

**South Tower**

**Richmond, British Columbia**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Service**

**Date or dates debt was incurred**    **2017**

**Is the claim subject to offset?**

**Last 4 digits of account number**    n  t  o  n
☑ No
☐ Yes

---

| **3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,171.50** |
|---|---|---|---|

Check all that apply.

**Hwang & Weiss**

**625 Fair Oaks Ave. #377**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**South Pasadena** _____ **CA** _____ **91030**          **Legal Fees**

**Date or dates debt was incurred**    **2017**

**Is the claim subject to offset?**

**Last 4 digits of account number**    n  t  o  n
☑ No
☐ Yes

---

| **3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,818.29** |
|---|---|---|---|

Check all that apply.

**Intuit Lacerte**

**P.O. Box 52103**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Phoenix** _____ **AZ** _____ **85072**          **Product**

**Date or dates debt was incurred**    **2018**

**Is the claim subject to offset?**

**Last 4 digits of account number**    n  t  o  n
☑ No
☐ Yes

---

Debtor    **Anton & Chia, LLP** _____    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.37 | **Nonpriority creditor's name and mailing address** |
|---|---|

**IPFS Corporation**

**P.O. Box 100391**

**Pasadena**                          **CA      91189**

Date or dates debt was incurred      **2017**

Last 4 digits of account number      **n   t   o   n**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Service**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$26,509.51**

---

| 3.38 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Jennifer Lutz**

**11622 El Camino Real, #300**

**San Diego**                          **CA      92130**

Date or dates debt was incurred      **2017**

Last 4 digits of account number      **n   t   o   n**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Legal Fees**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$23,000.00**

---

| 3.39 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Kevin Su**

**220-1075 West Georgia St.**

**Vancouver, BC**

**Canada, V6E3C9**

Date or dates debt was incurred      **2016**

Last 4 digits of account number      **n   t   o   n**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Fees**

Is the claim subject to offset?
- ☐ No
- ☑ Yes

**$75,000.00**

---

| 3.40 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Leonardo D. Lopez**

**913602 Van Dyke St.**

**Thousand Oaks**                          **CA      91360**

Date or dates debt was incurred      **2018**

Last 4 digits of account number      **n   t   o   n**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$793.27**

---

Debtor    **Anton & Chia, LLP**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.41**    Nonpriority creditor's name and mailing address

**Marathon Financial**

**6351 Owensmouth Ave.**

_____

**Woodland Hills**            **CA**    **91367**

Date or dates debt was incurred    **2017**

Last 4 digits of account number    **n   t   o   n**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$10,500.00

---

**3.42**    Nonpriority creditor's name and mailing address

**Matthew and Carly Wahl**

**Children's Trust**

**101 hallmark, Irvine**

_____

**Irvine**                **CA**    **92620**

Date or dates debt was incurred    **2017**

Last 4 digits of account number    **n   t   o   n**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Loans**

Is the claim subject to offset?
☑ No
☐ Yes

$200,000.00

---

**3.43**    Nonpriority creditor's name and mailing address

**Michael, Evrensel & Pawar LLP**

**P.O. Box 11125**

**Vancouver, BC**

**Canada, V6E3P3**

_____

Date or dates debt was incurred    **2017**

Last 4 digits of account number    **n   t   o   n**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Fees**

Is the claim subject to offset?
☑ No
☐ Yes

$3,500.00

---

**3.44**    Nonpriority creditor's name and mailing address

**National Investor Relations Institute**

**225 Reinelers Ln**

_____

**Alexandra**                **VA**    **22314**

Date or dates debt was incurred    **2017**

Last 4 digits of account number    **n   t   o   n**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Service**

Is the claim subject to offset?
☑ No
☐ Yes

$625.00

---

| Debtor | **Anton & Chia, LLP** | Case number (if known) |
|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.45** | **Nonpriority creditor's name and mailing address** |
|---|---|

Navitas Credit Corp.

111 Executive Dr.

| Columbia | SC | 29210 |

Date or dates debt was incurred     2015

Last 4 digits of account number     4  9  5  8

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**     Lease Termination

**Is the claim subject to offset?**
☑ No
☐ Yes

**$40,000.00**

---

| **3.46** | **Nonpriority creditor's name and mailing address** |
|---|---|

Nicholas A. Pulecio

102 Verillion

| Irvine | CA | 92603 |

Date or dates debt was incurred     2017

Last 4 digits of account number     0  5  3  0

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**     Breach of Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,000,000.00**

---

| **3.47** | **Nonpriority creditor's name and mailing address** |
|---|---|

NLP Investments Inc.

7110 Residencia

| Newport Beach | CA | 92660 |

Date or dates debt was incurred     2017

Last 4 digits of account number     n  t  o  n

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**     Product

**Is the claim subject to offset?**
☑ No
☐ Yes

**$63.16**

---

| **3.48** | **Nonpriority creditor's name and mailing address** |
|---|---|

Paychecks, Inc.

Attn. Bankruptcy Dept.

1175 John St.

| West Henrietta | NY | 14586 |

Date or dates debt was incurred     2017

Last 4 digits of account number     0  7  6  6

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**     Service

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,470.36**

---

Debtor    **Anton & Chia, LLP** _____    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

| **3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,641.04** |
|---|---|---|---|

**Plaza Del Mar**

**236 S. Sierra Ave. #100**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Solana Beach**        **CA      92075**        **Service**

Date or dates debt was incurred    **2017**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **n   t   o   n**

---

| **3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,140.00** |
|---|---|---|---|

**Printers and Terminals Maintenance**

**1636 E. Edinger Ave. #A**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Santa Ana**        **CA      92705**        **Repair**

Date or dates debt was incurred    **2017**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **n   t   o   n**

---

| **3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$564,500.00** |
|---|---|---|---|

**Raymond J. Zale & Associates, Inc**

**c/o Dismuke & Waters**

**2000 E. Lamar Blvd. #500**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Arlington**        **TX      76006**        **Collecting for - Raymond J Zale**

Date or dates debt was incurred    **2016**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **C   h   i   a**

---

| **3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$17,313.89** |
|---|---|---|---|

**Regus Management**

**P.O. Box 842456**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Dallas**        **TX      75284**        **Lease**

Date or dates debt was incurred    **2018**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **N   B   W   L**

---

Debtor    **Anton & Chia, LLP**                                                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.53** | **Nonpriority creditor's name and mailing address**

**Rehmann**

**15260 Ventura Blvd. #1920**

_____

**Sherman Oaks**          **CA**    **91403**

Date or dates debt was incurred    **2017**

Last 4 digits of account number    **n  t  o  n**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Service**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$11,331.90**

---

**3.54** | **Nonpriority creditor's name and mailing address**

**Reliance Standard Life Ins.**

**P.O. Box 34486**

_____

**Seattle**          **WA**    **98124**

Date or dates debt was incurred    **2018**

Last 4 digits of account number    **n  t  o  n**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Insurance**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,792.55**

---

**3.55** | **Nonpriority creditor's name and mailing address**

**Robert Han**

**10640 Castello Dr.**

_____

**Tustin**          **CA**    **92782**

Date or dates debt was incurred    **2017**

Last 4 digits of account number    **n  t  o  n**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Service**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,500.00**

---

**3.56** | **Nonpriority creditor's name and mailing address**

**Sandman Media Inc**

**1240-1140 W. Pender St.**

**Vancouver, BC V6E4G1**

Date or dates debt was incurred    **2017**

Last 4 digits of account number    **n  t  o  n**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,787.50**

---

Debtor    **Anton & Chia, LLP**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.57 | Nonpriority creditor's name and mailing address | | **$1,000,000.00** |

**SEC**

**Attn. Bankruptcy Dept**

**5670 Wilshire Blvd. 11th Fl**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

| **Los Angeles** | **CA** | **90036** |

**Basis for the claim:**
**Reporting**

Date or dates debt was incurred    **2017**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **C  h  i  a**

---

| 3.58 | Nonpriority creditor's name and mailing address | | **$603,620.00** |

**SKHart Bayview, LLC**

**c/o Felman Daggenhurst & El Dabe**

**13743 Ventura Blvd. # 350**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

| **Sherman Oaks** | **CA** | **91423** |

**Basis for the claim:**
**Breach of Lease**

Date or dates debt was incurred    **2017**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **0  7  0  9**

---

| 3.59 | Nonpriority creditor's name and mailing address | | **$10,000.00** |

**Stem Gen, Inc.**

**c/o The Kirkland Law Firm PC**

**12600 N Featherwood Dr. #225**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

| **Houston** | **TX** | **77034** |

**Basis for the claim:**
**Fees**

Date or dates debt was incurred    **2017**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **5  9  4  3**

---

| 3.60 | Nonpriority creditor's name and mailing address | | **$78,912.00** |

**Stout Risius Ross, LLC**

**1550 Wewatta Street 2nd Fl**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

| **Denver** | **CO** | **80202** |

**Basis for the claim:**
**Expert Fees**

Date or dates debt was incurred    **2018**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **n  t  o  n**

---

Debtor    **Anton & Chia, LLP**                                    Case number (if known) _____

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                 Amount of claim

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.00 |
|---|---|---|---|

**Superior Shredding Inc.**

**2621 Green River Rd. #105**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Corona**          **CA**    **92882**          **Service**

Date or dates debt was incurred    **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **n   t   o   n**

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,095.84 |
|---|---|---|---|

**Susque Hanna Commercial Finance Inc.**

**2 Country View Rd. #300**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Malvern**          **PA**    **19355**          **Service**

Date or dates debt was incurred    **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **n   t   o   n**

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TCA Global Credit Master Fund, LP**

**19950 W. Country Club Dr., # 101**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Aventura**          **FL**    **33180**          **Funding**

Date or dates debt was incurred    **2017**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **C   h   i   a**

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,720.57 |
|---|---|---|---|

**TCF Equipment**

**15450 S. Outer Forty Dr. #220**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Chesterfiled**          **MO**    **63017**          **Breach of Contract**

Date or dates debt was incurred    **2017**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **n   t   o   n**

---

Debtor    **Anton & Chia, LLP**                                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    **Amount of claim**

| 3.65 | Nonpriority creditor's name and mailing address |
| --- | --- |

**The Leviton Law Firm, LTD**

**3 Golf Center #361**

**Hoffman Estates**          **IL**      **60169**

Date or dates debt was incurred    **2017**

Last 4 digits of account number    **7   2   0   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Collecting for - The Harford Financial**

Is the claim subject to offset?
☑ No
☐ Yes

**$537.35**

---

| 3.66 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Thomson, Reuters Tax and Accounting**

**P.O. Box 71687**

**Chicago**          **IL**      **60694**

Date or dates debt was incurred    **2017**

Last 4 digits of account number    **n   t   o   n**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Service**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,570.38**

---

| 3.67 | Nonpriority creditor's name and mailing address |
| --- | --- |

**United Health Care of CA**

**P.O. Box 843118**

**Los Angeles**          **CA**      **90084**

Date or dates debt was incurred    **2017**

Last 4 digits of account number    **n   t   o   n**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

**$29,275.26**

---

| 3.68 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Verizon Wireless**

**P.O. Box 660108**

**Dallas**          **TX**      **75266**

Date or dates debt was incurred    **2018**

Last 4 digits of account number    **0   0   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Utility**

Is the claim subject to offset?
☑ No
☐ Yes

**$329.20**

---

Debtor   **Anton & Chia, LLP**                                        Case number (if known) _____

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the     Amount of claim
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | |
|---|---|
| **3.69**   Nonpriority creditor's name and mailing address | **$256,547.00** |

**W. Michael Corson & Co**

**c/o Keehn Law Gourp, APC**

**501 W. Broadway #1025**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**San Diego**            **CA**    **92101**

Basis for the claim:
**Collecting for - W. Michael Corson**

Date or dates debt was incurred    **2017**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **7   2   2   3**

---

| | |
|---|---|
| **3.70**   Nonpriority creditor's name and mailing address | **$120,160.27** |

**Westlake Park Place, Inc.**

**P.O. Box 6149**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Hicksville**            **NY**    **11802**

Basis for the claim:
**Lease**

Date or dates debt was incurred    **2017**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **n   t   o   n**

---

| | |
|---|---|
| **3.71**   Nonpriority creditor's name and mailing address | **$19,482.66** |

**Wolters Kluwer CCH**

**20101 Hamilton Ave**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Torrance**            **CA**    **90502**

Basis for the claim:
**Service**

Date or dates debt was incurred    **2017**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **n   t   o   n**

---

Debtor    **Anton & Chia, LLP** _____    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
    listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
    are needed, copy the next page.

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|
| **4.1**  **Everest Business Funding**<br>**2001 NW 107th Ave. #300**<br><br>**Miami**           **FL**     **33172** | Line _____<br><br>☑ Not listed.  Explain:<br>**Business Loan** | **2  7  0  6** |
| **4.2**  **Office of the United States Trustee**<br>**411 W. Fourth St. 7th Fl.**<br><br>**Santa Ana**       **CA**     **92701** | Line _____<br><br>☑ Not listed.  Explain:<br>**Required Notification** | __ __ __ __ |
| **4.3**  **Receivables Performance**<br>**20816 44th Ave. W**<br><br>**Lynnwood**         **WA**     **98036** | Line _____<br><br>☑ Not listed.  Explain:<br>**Collecting for -Verizon** | **0  0  0  1** |
| **4.4**  **Struesand, Landon & Ozburn, LLP**<br>**811 Barton Springs Rd. #811**<br><br>**Auston**          **TX**     **78704** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | **5  5  3  9** |

Debtor      **Anton & Chia, LLP**                                           Case number (if known) _____

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|   |   |   | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$597,237.64** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$10,031,063.55** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$10,628,301.19** |

**Fill in this information to identify the case:**

Debtor name    **Anton & Chia, LLP**

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known) _____    Chapter **11**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**Fill in this information to identify the case:**

Debtor name     __Anton & Chia, LLP__

United States Bankruptcy Court for the: __CENTRAL DIST. OF CALIFORNIA__

Case number
(if known)      _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**
    ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| | | | *Check all schedules that apply:* |
| **Name** | **Mailing address** | **Name** | |

**Fill in this information to identify the case and this filing:**

Debtor Name __**Anton & Chia, LLP**__

United States Bankruptcy Court for the: __**CENTRAL DIST. OF CALIFORNIA**__

Case number
(if known) _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**07/10/2018**__          X _____
             MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                                            **Gregory Anton Wahl**
                                            Printed name

                                            **Managing Partner**
                                            Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Anton & Chia, LLP** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

| | | | | Sources of revenue Check all that apply. | Gross revenue (before deductions and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2018** MM / DD / YYYY | to | Filing date | ☑ Operating a business ☐ Other _____ | **$540,000.00** |
| **For prior year:** | From **01/01/2017** MM / DD / YYYY | to | **12/31/2017** MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | **$5,000,000.00** |
| **For the year before that:** | From **01/01/2016** MM / DD / YYYY | to | **12/31/2016** MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | **$6,815,411.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Regis** Creditor's name **5000 Birch St. #3000** Street<br><br>**Newport Beach**  **CA**  **92660** City  State  ZIP Code | **Last three Months** | **$8,700.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Office Lease** |

Debtor    **Anton & Chia, LLP**
Name

Case number (if known) _____

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

**3.2.** **Regis**
Creditor's name
**2945 Townsgate Rd. #200**
Street

**Westlake Village**    **CA**    **91361**
City    State    ZIP Code

Dates: **Last Three Months**

Total amount or value: **$5,700.00**

Reasons for payment or transfer — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   **Lease**

---

**3.3.** **Accounting Principles**
Creditor's name
**Dept. CH 47164**
Street

**Palatine**    **IL**    **60055**
City    State    ZIP Code

Dates: **Last Three Months**

Total amount or value: **$7,800.00**

Reasons for payment or transfer — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☒ Services
☐ Other

---

**3.4.** **Leonardo D. Lopez**
Creditor's name
**913602 Van Dyke St.**
Street

**Thousand Oaks**    **CA**    **91360**
City    State    ZIP Code

Dates: **Last Three Months**

Total amount or value: **$6,147.84**

Reasons for payment or transfer — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☒ Services
☐ Other

---

**3.5.** **CSP Networks**
Creditor's name
**18 Technology Dr. #118**
Street

**Irvine**    **CA**    **92618**
City    State    ZIP Code

Dates: **Last Three Months**

Total amount or value: **$11,250.00**

Reasons for payment or transfer — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☒ Services
☐ Other

---

**3.6.** **M.J. Shanahan**
Creditor's name
**P.O. Box 789**
Street

**Pacific Palisades**    **CA**    **90272**
City    State    ZIP Code

Dates: **Last Month**

Total amount or value: **$12,500.00**

Reasons for payment or transfer — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☒ Services
☐ Other

---

**3.7.** **Langley & Chang**
Creditor's name
**4158 14th St.**
Street

**Riverside**    **CA**    **92507**
City    State    ZIP Code

Dates: **Last Month**

Total amount or value: **$21,000.00**

Reasons for payment or transfer — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☒ Services
☐ Other

---

**3.8.** **Drew  Boyd**
Creditor's name
**216 S. Lemon St. #C**
Street

**Orange**    **CA**    **92866**
City    State    ZIP Code

Dates: **Last Three Months**

Total amount or value: **$8,388.00**

Reasons for payment or transfer — *Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☒ Services
☐ Other

| Debtor | Anton & Chia, LLP | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.9. | **Joseph D'errico** Creditor's name **P.O. Box 4621** Street **Thousand Oaks**  **CA**  **91359** City           State   ZIP Code | **Last Three Months** | **$10,655.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☒ Services ☐ Other |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☒ None

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☒ None

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

## Part 3:    Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Gartenberg v. Anton** | **Collection of Legal Fees** | **LA Superior Court** Name **111 N. Hill St.** Street | ☒ Pending ☐ On appeal ☐ Concluded |
| | Case number **BC 708105** | | **LA**  **CA**  **90012** City           State   ZIP Code | |
| 7.2. | **Swift v. Anton** | **Business Loan** | **OC Superior Court** Name **701 Civic Center Dr. W** Street | ☒ Pending ☐ On appeal ☐ Concluded |
| | Case number **00917903** | | **Santa Ana**  **CA**  **92701** City           State   ZIP Code | |

Debtor    **Anton & Chia, LLP** _____    _____
    Name    Case number (if known)

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Dell v Anton** | Collection | **District Court Travis County** | ☒ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | Case number | | | |
| | **D-1-GN-17-005539** | | **Austin**      **TX** | |
| | | | City    State   ZIP Code | |
| 7.4. | **BB7T v.Anton** | **Lease Termination** | **Court of Common Pleas** | ☒ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | Case number | | | |
| | **CL-17-10888** | | City    State   ZIP Code | |
| 7.5. | **Nicolas Pulecio v. Anton** | **Breach of Contract** | **Orange County Superior Court** | ☒ Pending |
| | | | Name | ☐ On appeal |
| | | | **700 Civic Center Dr. W** | ☐ Concluded |
| | | | Street | |
| | Case number | | | |
| | **2016-00861385** | | **Santa Ana**    **CA**   **92701** | |
| | | | City    State   ZIP Code | |
| 7.6. | **Salim v. Anton** | **Small Claims Collection** | **Orange County Small Claims Court** | ☒ Pending |
| | | | Name | ☐ On appeal |
| | | | **701 Civic Center Dr. W** | ☐ Concluded |
| | | | Street | |
| | Case number | | | |
| | **00508328** | | **Santa Ana**    **CA**   **92701** | |
| | | | City    State   ZIP Code | |
| 7.7. | **Corson v. Anton** | **Breach of Contract** | **San Diego County Supeior Court** | ☒ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | Case number | | | |
| | **17-00017223** | | **San Diego**    **CA** | |
| | | | City    State   ZIP Code | |
| 7.8. | **SK Hart Bayview v. Anton** | **Breach of Lease** | **Orange County Superior Court** | ☒ Pending |
| | | | Name | ☐ On appeal |
| | | | **701 Civic Center Dr. W** | ☐ Concluded |
| | | | Street | |
| | Case number | | | |
| | **18-00990709** | | **Santa Ana**    **CA**   **92701** | |
| | | | City    State   ZIP Code | |

Debtor  **Anton & Chia, LLP**
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| **Case title**<br>7.9.  **Stem Gen v. Anton** | **Nature of case**<br>**Fees** | **Court or agency's name and address**<br>Judicial Court Harris County Texas<br>Name<br><br>Street | **Status of case**<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>**18-292594-3** | | City                State   ZIP Code | |
| **Case title**<br>7.10.  **Arg, Inc.** | **Nature of case**<br>**Breach of Contract** | **Court or agency's name and address**<br>Orange County Superior Court<br>Name<br>701 Civic Center Dr. W<br>Street | **Status of case**<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>**17-00954276** | | Santa Ana            CA    92701<br>City                State   ZIP Code | |
| **Case title**<br>7.11.  **Navitas Credit Corp** | **Nature of case**<br>**Breach of Contract Lease** | **Court or agency's name and address**<br>Orange County Superior Court<br>Name<br>701 Civic Center Dr. W<br>Street | **Status of case**<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>**18-00984958** | | Santa Ana            CA    92701<br>City                State   ZIP Code | |
| **Case title**<br>7.12.  **Chen Li Attorney** | **Nature of case**<br>**Commissions** | **Court or agency's name and address**<br>Orange County Superior Court<br>Name<br>701 Civic Center Dr. W<br>Street | **Status of case**<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>**18-00970779** | | Santa Ana            CA    92701<br>City                State   ZIP Code | |
| **Case title**<br>7.13.  **SEC v. Anton** | **Nature of case**<br>**SEC Violation** | **Court or agency's name and address**<br>SEC<br>Name<br>200 Vesey St. #400<br>Street | **Status of case**<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>**File 3-18292** | | New York            NY    10291<br>City                State   ZIP Code | |

Debtor    __Anton & Chia, LLP_____    Case number (if known) _____
          Name

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the
hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the
aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Part 5: | Certain Losses |
|---|---|

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.   Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year
before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or
restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Totaro & Shanahan** | **Plus Filng Fee of $1,717.00** | **6/7/2018** | **$25,000.00** |

**Address**

**P.O. Box 789**
Street

_____

**Pacific Palisades        CA      90272**
City                      State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12.   Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing
of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 6

| Debtor | **Anton & Chia, LLP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑  None

## Part 7:    Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑  Does not apply

## Part 8:    Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■  diagnosing or treating injury, deformity, or disease, or

■  providing any surgical, psychiatric, drug treatment, or obstetric care?

☑  No.  Go to Part 9.
☐  Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑  No.
☐  Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐  No.
☐  Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑  No.  Go to Part 10.
☐  Yes.  Does the debtor serve as plan administrator?
☐  No.  Go to Part 10.
☐  Yes.  Fill in below:

| Debtor | Anton & Chia, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

---

| Debtor | Anton & Chia, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

**24.** **Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.** **Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27.** **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gregory Anton Wahl | P.O. Box 60606 Irvine, CA 92602 | Partner | 45% |
| Georgia Chia-Chen Chung | P.O. Box 60606 Irvine, CA 92602 | Partner | 45% |
| Wahl Chung Children's Trust | P.O. Box 60606 Irvine, CA 92602 | Limited Partner | 10% |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor  __**Anton & Chia, LLP**_____     Case number (if known) _____
                Name

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Part 14: | **Signature and Declaration** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**07/10/2018**_____
                MM / DD / YYYY

X _____     Printed name  **Gregory Anton Wahl**_____
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor  **Member**_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

In re  **Anton & Chia, LLP**

Case No.  _____

Chapter  **11**  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................................  **$25,000.00**

   Prior to the filing of this statement I have received......................................................  **$25,000.00**

   Balance Due. Retainer for Pre-Pettion work only Billed hourly at $550.00 post Petition  _____

2. The source of the compensation paid to me was:
   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☒ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Adversary actions based on fraud.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

| 07/10/2018 | /s/ Michael R. Totaro | |
|---|---|---|
| Date | Michael R. Totaro | Bar No.  102229 |

| Attorney or Party name, Address, Telephone and Fax Numbers, and California State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Totaro & Shanahan<br>Michael R. Totaro  102229<br>P.O. Box 789<br>Pacific Palisades, CA 90272<br><br>(800) 541-8202  FAX  (319) 496-1260<br>Ocbkatty@aol.com<br><br>☐  *Debtor(s) appearing without attorney*<br>☑  *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Anton & Chia, LLP<br><br><br><br><br><br><br><br>Debtor(s) | CASE NO:<br><br>Chapter **11** |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(d)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of
___3___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  July 10, 2018 _____

_____
Signature of Debtor 1

Date:  July 10, 2018 _____

_____
Signature of Debtor 2  (joint debtor) (if applicable)

Date:  July 10, 2018 _____
/s/ Michael R. Totaro
_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                                 **F**
**1007-1.MAILING.LIST.VERIFICATION**

ABM Parking Bayview
501 Bayview Circle #9
Newport Beach, CA 92660

Californa Dept of Tax and Fee Adm
P.O. Box 942879
Sacramento, CA94279

Doc u Products
4535 McGrath St. #A
Ventura, CA 93003

Accounting Principles
Dept. CH 47164
Palatine, IL 60055

Cannon Financial Services, Inc
158 Gaither Dr. #200
Mount Laurel, NJ 08054

East West Bank
14945 Jeffrey Rd. #150
Irvine,  92618

ADR Services, Inc.
1900 Avenue of the Stars #200
Los Angeles, CA 90067

Chen Li
c/o Kalab A. Honeu
2600 East Coast Highway
Corona del Mar, CA 92625

Everest Business Funding
2001 NW 107th Ave. #300
Miami, FL 33172

AICPA
1455 Pennsylvania Ave. NW
Washington, DC 20004

Computer Repair Solutions
17901 Von Karmen Ave. #600
Irvine, CA 92614

Faegre, Baker & Daniels
1700 Lincoln St.
Denver, CO 80203

ARG, Inc.
c/o Steven A. Booska
P.O. Box 2169
Oakland, CA 94621

Concur Technologies, Inc.
c/o Wagner, Falconer & Judd, LTD
100 S. Fifth St. #800
Minneapolis, MN 55402

Faegre, Baker, Daniels, LLP
3200 Wells Fargo Center
1700 Lincoln St.
Denver, CO 80203

Ariyanto Salim
122 Pepper Rd.
Newbury Park, CA 91320

Cordata Record Services
P.O. Box 842638
Los Angeles, CA 90084

Federal Express Corp
P.O. Box 7221
Pasadena, CA 91109

BB&T Commercial Equipment
c/o Barbara Lanza Farley APC
P.O. Box 53659
Philadelphia, PA 19105

Cornerstone Research, Inc.
2 Embarcadero Ctr. 20th Fl
San Francisco, CA 94111

Fisher Phillips
2050 Main St. #1000
Irvine, CA 92614

Benjamin & Young
1100 N. Tustin Ave. Fl 2
Anaheim, CA 92807

County of Orange Tax Collector
P.O. Box 1438
Santa Ana, CA 92702

Foundation Appraisal Mgmt
9300 Flair Dr. 6th Fl
El Monte, CA 91731

Blue Sheild of California
Attn. Nora Galicia
4203 Town Center Dr.
El Dorado Hills, Ca 95762

CSP Networks
18 Technology Dr. #118
Irvine, CA 92618

Fragomen, Del Rey, Bersen & Loev
75 Remittance Dr. $6072
Chicago, IL 60675

Boyer Moving and Storage
12556 Kirkham Ct. #6
Poway, CA 92064

Dell Financial Services
One Dell Way
Round Rock, TX 78682

Frontier Communication
P.O. Box 740407
Cincinati, OH 45274

Gantman & Assoc.
6520 Platt Ave. #836
West Hills, CA 91307

IPFS Corporation
P.O. Box 100391
Pasadena, CA 91189

NLP Investments Inc.
7110 Residencia
Newport Beach, CA 92660

Gartenberg, Gelfand, Hayton, LLP
15260 Ventura Blvd. #1920
Sherman Oaks, CA 91403

Jennifer Lutz
11622 El Camino Real, #300
San Diego, CA 92130

Office of the United States Trustee
411 W. Fourth St. 7th Fl.
Santa Ana, CA 92701

Georgia and Greg Wahl
Wahl Family Trust
101 hallmark, Irvine
Irvine, CA 92620

Kevin Su
220-1075 West Georgia St.
Vancouver, BC
Canada, V6E3C9

Paychecks, Inc.
Attn. Bankruptcy Dept.
1175 John St.
West Henrietta, NY 14586

Green Maple Law Group, APC
795 Jeffrey Rd. #201
Irvine, CA 92618

Leonardo D. Lopez
913602 Van Dyke St.
Thousand Oaks, CA 91360

Plaza Del Mar
236 S. Sierra Ave. #100
Solana Beach, CA 92075

Greenberg Glusker
1900 Avenue of the Stars #2100
Los Angeles, CA 90067

Marathon Financial
6351 Owensmouth Ave.
Woodland Hills, CA 91367

Printers and Terminals Maintenanc
1636 E. Edinger Ave. #A
Santa Ana, CA 92705

Greenberg Grant & Richards
5858 Westheimer #500
Huston, TX 77057

Matthew and Carly Wahl
Children's Trust
101 hallmark, Irvine
Irvine, CA 92620

Raymond J. Zale & Associates, Inc
c/o Dismuke & Waters
2000 E. Lamar Blvd. #500
Arlington, TX 76006

Helen Lu Professionals
5811 Cooney Rd. #305
South Tower
Richmond, British Columbia

Michael, Evrensel & Pawar LLP
P.O. Box 11125
Vancouver, BC
Canada, V6E3P3

Receivables Performance
20816 44th Ave. W
Lynnwood, WA 98036

Hwang & Weiss
625 Fair Oaks Ave. #377
South Pasadena, CA 91030

National Investor Relations Institute
225 Reinelers Ln
Alexandria, VA 22314

Regus Management
P.O. Box 842456
Dallas, TX 75284

Internal Revenue Service
Central Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101

Navitas Credit Corp.
111 Executive Dr.
Columbia, SC 29210

Rehmann
15260 Ventura Blvd. #1920
Sherman Oaks, CA 91403

Intuit Lacerte
P.O. Box 52103
Phoenix, AZ 85072

Nicholas A. Pulecio
102 Verillion
Irvine, CA 92603

Reliance Standard Life Ins.
P.O. Box 34486
Seattle, WA 98124

Robert Han
10640 Castello Dr.
Tustin, CA 92782

Swift Financial Corporation
dba Swift Capital
c/o Law Office of Daren M. Schlecter
1925 Century Park East #830

Wolters Kluwer CCH
20101 Hamilton Ave
Torrance, CA 90502

Sandman Media Inc
1240-1140 W. Pender St.
Vancouver, BC V6E4G1

TCA Global Credit Master Fund, LP
19950 W. Country Club Dr., # 101
Aventura, FL 33180

Yellowstone Capital West
1 Evertrust Plaza 14th Fl
Jersey City, NJ 07302

SEC
Attn. Bankruptcy Dept
5670 Wilshire Blvd. 11th Fl
Los Angeles, CA 90036

TCF Equipment
15450 S. Outer Forty Dr. #220
Chesterfiled, MO 63017

SKHart Bayview, LLC
c/o Felman Daggenhurst & El Dabe
13743 Ventura Blvd. # 350
Sherman Oaks, CA 91423

The Leviton Law Firm, LTD
3 Golf Center #361
Hoffman Estates, IL 60169

State of California Franchise Tax B
Bankruptcy Dept.
P.O. Box 2952
Sacramento, CA 95812

Thomson, Reuters Tax and Accour
P.O. Box 71687
Chicago, IL 60694

Stem Gen, Inc.
c/o The Kirkland Law Firm PC
12600 N Featherwood Dr. #225
Houston, TX 77034

United Health Care of CA
P.O. Box 843118
Los Angeles, CA 90084

Stout Risius Ross, LLC
1550 Wewatta Street 2nd Fl
Denver, CO 80202

Ventura County Tax Collector
800 S. Victoria Ave.
Ventura, CA 93009

Struesand, Landon & Ozburn, LLP
811 Barton Springs Rd. #811
Auston, TX 78704

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266

Superior Shredding Inc.
2621 Green River Rd. #105
Corona, CA 92882

W. Michael Corson & Co
c/o Keehn Law Gourp, APC
501 W. Broadway #1025
San Diego, CA 92101

Susque Hanna Commercial Financ
2 Country View Rd. #300
Malvern, PA 19355

Westlake Park Place, Inc.
P.O. Box 6149
Hicksville, NY 11802